

# NUMBER 13-11-00694-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

WILLIAM SMITH A/K/A
BILL SMITH,                                                          Appellant,

## v.

THE STATE OF TEXAS,                                                  Appellee.

---

### On appeal from the 94th District Court
### of Nueces County, Texas.

---

# ORDER

### Before Justices Garza, Benavides and Perkes
### Order Per Curiam

On July 29, 2013, this Court issued a memorandum opinion affirming appellant's conviction.  *See Smith v. State*, No. 13-11-694-CR, slip op. (Tex. App.—Corpus Christi July 29, 2013, no pet. h.) (mem. op., not designated for publication).  On August 28,

2013, appellant filed a motion for rehearing. On October 31, 2013, this Court denied appellant's motion for rehearing; however, on the Court's own motion, we withdrew our prior memorandum opinion and judgment and substituted a new memorandum opinion and judgment dated October 31, 2013. *See Smith v. State*, No. 13-11-694-CR, 2013 WL 5970400 (Tex. App.—Corpus Christi Oct. 13, 2013, no pet. h.) (mem. op., not designated for publication). On that same date, the State filed a motion to reconsider the publication status of the memorandum opinion, requesting that this Court designate the opinion for publication. *See* TEX. R. APP. P. 47.2(b). This Court granted the motion on November 5, 2013. *See id.*

Today, on the Court's own motion, the opinion and judgment are HEREBY WITHDRAWN. The case will remain under submission.

It is so ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of November, 2013.

2